**Willie HANEY, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 19784.**

United States Court of Appeals
Ninth Circuit.

Feb. 6, 1967.

Willie Haney, in pro. per.

Eugene G. Cushing, U. S. Atty., Michael Hoff, Asst. U. S. Atty., Seattle, Wash., for appellee.

Before JONES, Judge of the Court of Claims, DUNIWAY and ELY, Circuit Judges.

PER CURIAM:

The order appealed from is affirmed on the authority of Bush v. United States, 9 Cir., 1964, 338 F.2d 400. See also Collins v. Markley, 7 Cir., 1965, 346 F. 2d 230.

**Decevigne KILPATRICK, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 21141.**

United States Court of Appeals
Ninth Circuit.

Feb. 9, 1967.

Franklin P. Jones, Fresno, Cal., for appellant.

Manuel L. Real, U. S. Atty., Robert L. Brosio, Asst. U. S. Atty., Chief Crim. Div., William J. Gargaro, Jr., Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before BARNES and JERTBERG, Circuit Judges, and MUECKE, District Judge.

PER CURIAM:

On the record before us, we decline to change the rule of this circuit, and affirm the judgment of the lower court on the basis of Sauer v. United States, 241 F.2d 640 (9th Cir. 1957), and Smith v. United States, 342 F.2d 725 (9th Cir. 1965).

We thank appointed counsel for the indigent defendant on an outstanding presentation of a difficult subject.